UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACIE J. WRIGHT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:23-cv-817

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed a Motion for attorney fees and costs pursuant to the Equal Access to Justice Act (ECF No. 19).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 29) on April 29, 2024, recommending that this Court deny the motion as untimely.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 29) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for attorney fees and costs pursuant to the Equal Access to Justice Act (ECF No. 19) is DENIED for the reasons stated in the Report and Recommendation.

Dated: May 14, 2024

      /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge